IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                              CASE NO.: 1:06-CR-44-SPM

**PAUL WARTON,**

      **Defendant.**
_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Unopposed Motion to Continue Sentencing" (doc. 17) filed January 18, 2007, in which defense counsel advises that the United States Probation Office is in need of additional time to complete the presentencing investigation report. The Government is unopposed to the granting of the motion.

Finding good cause for the request, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion to continue (doc. 17) is hereby *granted*.

2. Sentencing is reset for **Monday, April 2, 2006** at *1:30pm* at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>twenty-third</u> day of January, 2007.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge