Page 1 of 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                         CASE NO.: 1:06-CR-044-SPM

**PAUL WHARTON,**

     **Defendant.**
_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Unopposed Motion to Continue Sentencing" (doc. 22) filed March 15, 2007, in which defense counsel advises that she has multiple state cases scheduled for hearing on the same day as the sentencing hearing in this case set for April 2, 2007 and thus requests a continuance. The Government is unopposed to the granting of the motion.

Finding good cause for the request, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion to continue (doc. 22) is hereby *granted*.

2. Sentencing is reset for **Monday, May 7, 2007** at *1:30pm* at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this twentieth day of March, 2007.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge