IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                          CASE NO.: 1:06-CR-044-SPM

PAUL WHARTON,

        Defendant.
_____/

## ORDER DENYING REQUEST FOR MODIFICATION

**THIS CAUSE** comes before the Court on "Defendant's Motion to Modify Conditions of Probation" (doc. 40), the "Government's Response to Defendant's Motion to Modify Probation" (doc. 41), and the "Supplement to Defendant's Motion to Modify Conditions of Probation (doc. 42).  Defendant argues that his home detention, his electronic house monitoring, and the travel restrictions severely inhibit his ability to do the type of employment that he desires.  Specifically, the probation conditions prohibit Defendant's lobbying efforts on the behalf of children with special health care needs and to work in a consulting position with a lobbying firm in Washington, DC.

The Government opposes a modification in the terms of probation because the modification would fail to reflect the seriousness of Defendant's offense, serve as just punishment, or deter others from this type of criminal conduct.  The Government notes that restrictions on Defendant's movement are only one part of Defendant's full sentence and that payment of the financial obligations imposed by the sentence is significant but not sufficient punishment.  For his offence, the Defendant faced an advisory guideline range of 30 to 34 months  imprisonment and a statutory maximum of ten years imprisonment.  The Court showed significant generosity to the Defendant at

the time of sentencing when sentencing the defendant to probation.  Therefore, the Court declines to grant the Defendant further allowances.

The purposes of sentencing, as stated in 18 U.S.C. § 3553(a) are just punishment, promotion of respect for the law, deterrence, and protection for the public.  In this case, the sentence imposed was carefully crafted to meet these objectives.  Though the Court recognizes the Defendant's perfect compliance with his conditions of probation, it is important that all of the conditions of probation remain in place for the period of time necessary to achieve its purpose.   Furthermore, the Court denies the Defendant's request to fulfill his community service requirement by volunteering through Defendant's home church.  The supervising probation officer has numerous community service organizations from which the Defendant can select.   The probation officer is directed to facilitate the community service hours from their list of approved providers.  Accordingly,  it is hereby **ORDERED AND ADJUDGED**:

1. Defendant's motion for modification of the conditions of probation (doc. 40) is _denied_.

2. All conditions of probation imposed at sentencing will remain in place.

3. Defendant's request to fulfill his community service hours through Mandarin Presbyterian Church is _denied_.

4. The Clerk of the Court is directed to mail this order to Probation Officer Anthony Forde, United States Probation, Middle District of Florida, 300 N. Hogan St., 6th Floor, Jacksonville, FL 32202.

**DONE AND ORDERED** this twenty-fourth day of October, 2007.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge

4:03cr67-SPM